THE NEWARK LEDGER PUBLISHING COMPANY, PROSE-
CUTOR, v. THE COMMON COUNCIL OF THE CITY OF
NEWARK.

Argued November 8, 1900—Decided February 25, 1901.

A resolution of a common council which, to be effective, must by the
charter of the municipality be approved by the mayor or passed
over his veto by a two-thirds vote of the council, will not be re-
viewed on *certiorari* when it has only been passed by the council
and no approval or passage over veto appears.

On *certiorari.*

Before Justices GARRISON and GARRETSON.

For the prosecutor, *James R. Nugent.*

For the defendant, *Herbert Boggs.*

The opinion of the court was delivered by

GARRETSON, J.  This was a *certiorari* to remove a resolution
passed by the common council of the city of Newark, August
3d, 1900, which was as follows: "Moved, that the 'Newark
Ledger' be dropped from the list of corporation papers of
the city of Newark."

The "Newark Ledger" had been made a corporation paper,
by a resolution duly passed and approved by the mayor, in
June, 1898.

The motion under review is a resolution; it was never
approved by the mayor, nor returned with his objections and
passed by a two-thirds vote of the council, as required by
the city charter (section 30).  Nothing has been done to
give effect to it.  It cannot take effect until signed by the
mayor, or passed over his veto.

It is not invalid, but only ineffective, for lack of the mayor's
signature, or vote of the common council over his veto.

Let the *certiorari* be dismissed, without costs.